**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Larry John BALL, Defendant–Appellant.**

No. 05–10848
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Susan B. Cowger, U.S. Attorney's Office Northern District of Texas, Amy Jennifer Bray, U.S. Bankruptcy Court Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Ira Raymond Kirkendoll, Federal Public Defender, Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

---

**342**

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Larry John Ball has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ball has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

